B2500D (Form 2500D) (12/15)

# United States Bankruptcy Court
## WESTERN District Of NEW YORK

| | |
|---|---|
| In re  WebsterNT LLC <br>     Debtor <br> WebsterNT LLC <br>     Plaintiff <br>     v. <br> Allen M. Lowy <br>     Defendant, Third-party plaintiff <br>     v. <br> Ralph Dailey <br>     Third-party defendant | Case No. 1‑24‑11436 <br> Chapter 11 <br> Adv. Proc. No. 1-25-01022-CLB |

## THIRD-PARTY SUMMONS

YOU ARE SUMMONED and required to file a motion or answer to the third-party complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the third-party complaint within 35 days.

Address of the clerk:
United Sates Bankruptcy Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

At the same time, you must also serve a copy of the motion or answer upon the defendant's attorney.

Name and Address of Defendant's Attorney:
Allen M. Lowy, Esq., Pro Se
One Columbus Place
Suite S43E
New York, New York 10019
(917) 306-7600

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Scott J. Bogucki, Esq.
43 Court Street
Suite 930
Buffalo, New York 14202

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. If you are also being served with a copy of the complaint of the plaintiff, you have the option of not answering the plaintiff's complaint **unless** this is an admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or an answer to both the plaintiff's complaint and the third-party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD-PARTY COMPLAINT.**

DATED: June 16, 2025

Lisa Bertino Beaser
Clerk of Court