B2500D (Form 2500D) (12/15)

# CERTIFICATE OF SERVICE

I, __Allen Lowy__ (name), certify that service of this summons and a copy of the third-party complaint was made __June 23, 2025__ (date) by:

- [x] Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

  Ralph Dailey
  19 Main Street
  2nd Floor
  Tonawanda, New York 14150

- [ ] Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at:

- [ ] Residence Service: By leaving the process with the following adult at:

- [ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

- [ ] Publication: The third-party defendant was served as follows: [Describe briefly]

- [ ] State Law: The third-party defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __June 23, 2025__  Signature _/s/ Allen Lowy_

Print Name: Allen M. Lowy

Business Address: One Columbus Place S43E

New York New York 10019

FILED JUN 26 2025 BANKRUPTCY COURT BUFFALO, NY

Case 1-25-01022-CLB, Doc 10, Filed 06/26/25, Entered 06/26/25 14:39:48, Description: Main Document , Page 1 of 4

B2500D (Form 2500D) (12/15)

# United States Bankruptcy Court
WESTERN District Of NEW YORK

In re  WebsterNT LLC )  Case No. 124-11436
    Debtor )
WebsterNT LLC ) Chapter 11
    Plaintiff )
      v. ) Adv. Proc. No. 1-25-01022-CLB
Allen M. Lowy )
    Defendant, Third-party plaintiff )
      v. )
Ralph Dailey )
    Third-party defendant )

## THIRD-PARTY SUMMONS

YOU ARE SUMMONED and required to file a motion or answer to the third-party complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the third-party complaint within 35 days.

Address of the clerk:  
United Sates Bankruptcy Court  
Western District of New York  
Robert H. Jackson U.S. Courthouse  
2 Niagara Square  
Buffalo, New York 14202

At the same time, you must also serve a copy of the motion or answer upon the defendant's attorney.

Name and Address of Defendant's Attorney:  
Allen M. Lowy, Esq., Pro Se  
One Columbus Place  
Suite S43E  
New York, New York 10019  
(917) 306-7600

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:  
Scott J. Bogucki, Esq.  
43 Court Street  
Suite 930  
Buffalo, New York 14202

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. If you are also being served with a copy of the complaint of the plaintiff, you have the option of not answering the plaintiff's complaint **unless** this is an admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or an answer to both the plaintiff's complaint and the third-party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD-PARTY COMPLAINT.**



Lisa Bertino Beaser  
Clerk of Court

DATED: June 16, 2025

B2500D (Form 2500D) (12/15)

# CERTIFICATE OF SERVICE

I, __Allen Lowy__ (name), certify that service of this summons and a copy of the third-party complaint was made __June 23, 2025__ (date) by:

- ☑ Mail service: Regular, first class United States mail, postage fully pre-paid, addressed to:

    Scott Bogucki, Esq.
    43 Court Street, Suite 930
    Buffalo, New York 14202

- ☐ Personal Service: By leaving the process with the third-party defendant or with an officer or agent of third-party defendant at:

- ☐ Residence Service: By leaving the process with the following adult at:

- ☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the third-party defendant at:

- ☐ Publication: The third-party defendant was served as follows: [Describe briefly]

- ☐ State Law: The third-party defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date __June 23, 2025__    Signature __[signed]__

Print Name:    Allen M. Lowy

Business Address:    One Columbus Place S43E

    New York New York 10019

FILED JUN 26 2025 BANKRUPTCY COURT BUFFALO, NY

B2500D (Form 2500D) (12/15)

# United States Bankruptcy Court
## WESTERN District Of NEW YORK

In re WebsterNT LLC  )   Case No. 124-11436
    Debtor  )
WebsterNT LLC  )   Chapter 11
    Plaintiff  )
      v.  )   Adv. Proc. No. 1-25-01022-CLB
Allen M. Lowy  )
    Defendant, Third-party plaintiff  )
      v.  )
Ralph Dailey  )
    Third-party defendant  )

## THIRD-PARTY SUMMONS

YOU ARE SUMMONED and required to file a motion or answer to the third-party complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the third-party complaint within 35 days.

Address of the clerk:
United Sates Bankruptcy Court
Western District of New York
Robert H. Jackson U.S. Courthouse
2 Niagara Square
Buffalo, New York 14202

At the same time, you must also serve a copy of the motion or answer upon the defendant's attorney.

Name and Address of Defendant's Attorney:
Allen M. Lowy, Esq., Pro Se
One Columbus Place
Suite S43E
New York, New York 10019
(917) 306-7600

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:
Scott J. Bogucki, Esq.
43 Court Street
Suite 930
Buffalo, New York 14202

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012. If you are also being served with a copy of the complaint of the plaintiff, you have the option of not answering the plaintiff's complaint **unless this is an** admiralty or maritime action subject to the provisions of Fed. R. Civ. P. 9(h) and 14(c), in which case you are required to file a motion or an answer to both the plaintiff's complaint and the third-party complaint, and to serve a copy of your motion or answer upon the appropriate parties.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE THIRD-PARTY COMPLAINT.**



/s/ Lisa B. Beaser
Lisa Bertino Beaser
Clerk of Court

DATED: June 16, 2025